UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-CV-02485-WWB-LHP

DEXTER KING,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, TRANS UNION LLC, TRUIST BANK AND AMERICAN EXPRESS NATIONAL BANK

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC ONLY

Plaintiff Dexter King submits this Notice of Settlement as to Defendant Experian Information Inc only and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: February 2, 2024

            Respectfully Submitted,

            /s/ Jennifer G. Simil  .
            **JIBRAEL S. HINDI, ESQ.**
            Florida Bar No.: 118259
            E-mail: jibrael@jibraellaw.com
            **JENNIFER G. SIMIL, ESQ.**
            Florida Bar No.: 1018195
            E-mail: jen@jibraellaw.com
            The Law Offices of Jibrael S. Hindi
            110 SE 6th Street, Suite 1744
            Fort Lauderdale, Florida 33301
            Phone: 954-907-1136
            Fax:  855-529-9540

            *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 2, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

            /s/ Jennifer G. Simil
            **JENNIFER G. SIMIL, ESQ.**
            Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com