UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEXTER KING,

      Plaintiff,

v.                                Case No.: 6:23-cv-2485-WWB-LHP

EXPERIAN INFORMATION
SOLUTIONS INC., TRANS UNION LLC,
AMERICAN EXPRESS NATIONAL
BANK and TRUIST BANK,

      Defendants.
_____/

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement as to Defendant Experian Information Solutions Inc. that the above-styled action has been completely settled as to said Defendant. (Doc. 26 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Experian Information Solutions Inc. are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Experian Information Solutions Inc. as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Orlando, Florida on February 5, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record