**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEXTER KING,

        Plaintiff,

v.                                                        Case No.: 6:23-cv-2485-WWB-LHP

TRANS UNION LLC, AMERICAN
EXPRESS NATIONAL BANK and
TRUIST BANK,

        Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice as to Defendant Trans Union LLC (Doc. 37), wherein the parties stipulate to the voluntary dismissal of Defendant Trans Union LLC from this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate Trans Union LLC as a Defendant in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on June 7, 2024.

*/s/ Wendy W. Berger*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record