**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DEXTER KING,

        Plaintiff,

v.                                                      Case No.: 6:23-cv-2485-WWB-LHP

AMERICAN EXPRESS NATIONAL
BANK and TRUIST BANK,

        Defendants.
_____

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulations of Voluntary Dismissal Without Prejudice (Doc. Nos. 50, 51), filed November 26, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on December 3, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record